DIANE J. HUMETEWA
United States Attorney
District of Arizona
MICHAEL D. LOGALBO
Assistant United States Attorney
Evo A. Deconcini U.S. Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
michael.logalbo@usdoj.gov
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | ) CR 09-0329-TUC-FRZ(DTF) |
| Plaintiff, | ) **I N F O R M A T I O N** |
| vs. | ) Violation: 18 USC §5031-5037 |
| **Joseph Francisco Ontiveros,** | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

The person charged herein not having attained the age of eighteen years on March 4, 2009, and being a juvenile under the terms of the Federal Juvenile Delinquency Act, the United States Attorney charges that **JOSEPH FRANCISCO ONTIVEROS**, having committed the acts set forth below, in violation of the laws of the United States, did commit the offense of juvenile delinquency in the District of Arizona in that he did:

### COUNT 1

On or about March 4, 2009, at or near Tucson, in the District of Arizona, JOSEPH FRANCISCO ONTIVEROS, knowingly and intentionally combine, conspire, confederate and agree together and with other persons to possess with intent to distribute 100 kilograms or more but less than 1,000 kilograms of marijuana, that is, approximately

163.5 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code Section 846.

## COUNT 2

On or about March 4, 2009, at or near Tucson, in the District of Arizona, JOSEPH FRANCISCO ONTIVEROS, did use, carry and brandish firearms, that is, a Mossberg 12 gauge shotgun, bearing serial number T047359, a Mossberg sawed-off 12 gauge shotgun, bearing serial number L85473, and a Ceska .32 caliber handgun, bearing serial number 701667, during and in relation to a drug trafficking crime, that is, Conspiracy to Possess with Intent to Distribute Marijuana, as alleged in Count One of this Information, a felony which may be prosecuted in a court of the United States, and did use, carry and brandish such firearms in furtherance of such crime; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Sections 5031 through 5037.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

for: MICHAEL D. LOGALBO
Assistant U.S. Attorney